FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 59043.**—Orleans Bros. et al. *v.* United States, protests 966257–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 59044.**—Brenner Bros. et al. *v.* United States, protests 198427–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 59045.**—E. Fomil & Sons and Excel Shipping Corporation *v.* United States, protest 225661–K (A) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 59046.**—Maurice Isben and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 245858–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

· MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 59047.**—Brenner Bros. et al. *v.* United States, protests 250125–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 59048.**—Hudson Shipping Co., Inc. *v.* United States, protest 218952–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiff was sustained.

**No. 59049.**—Dodge & Olcott, Inc. *v.* United States, protest 247827–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiff was sustained.

**No. 59050.**—Mr. S. Peck *v.* United States, protest 227352–K (New York).

WILSON, Judge:   The merchandise in this case consists in part of certain dyed and undyed persian lamb "plates," i.e., individual rectangular pieces of fur skins that have been assembled and sewn together (R. 2–3).. There are also involved